FILED
MAY - 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

THE CIVIL RIGHTS ACT 42 U.S.C. 1983

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

HERBERT CHAVIS #0673784
PLAINTIFF
Lanesboro Correctional Institution
POB 280 V.
Polkton, NC 28135

UNITED STATES OF AMERICA

JUDGE WILLIAM L OSTEEN

STATE OF NORTH CAROLINA

MICHAEL T. W. BELL
DEFENDANT(S)

Case: 1:07-cv-00826
Assigned To : Unassigned
Assign. Date : 5/4/2007
Description: Habeas Corpus

I. HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES_____ NO __X__

IF YES IS YOUR ANSWER DESCRIBE EACH LAW SUIT.

WHO WAS / WERE THE PLAINTIFFS IN THE PREVIOUS LAWSUIT?

WHO WAS/ WERE THE DEFENDANT(S) IN THE PREVIOUS LAW SUIT? _____

IN WHAT COURT WAS THE SUIT BROUGHT?
_____

DATE LAW SUIT WAS FILED_____

1

DOCKET NUMBER ASSIGNED _____

HOW DID THE LAW SUIT END? _____
_____

II. PLACE OF PRESENT CONFINEMENT: <u>LANESBORO CORRECTIONAL INSTITUTION P.O. BOX 280 POLKTON N.C. 28135</u>
_____

III. GIVE NAME AND ADDRESS OF PERSON TO CONTACT SHOULD YOUR ADDRESS CHANGE: <u>MARION CHAVIS 531 E. CARVER STREET DURHAM N.C. 27704-2186</u>

IV. PARTIES:

NAME OF PLAINTIFF: <u>HERBERT CHAVIS</u>
PRESENT MAILING ADDRESS: <u>P.O. BOX 280</u>
<u>POLKTON N.C.</u>
<u>28135</u>

B. NAME OF FIRST DEFENDANT <u>UNITED STATES OF AMERICA</u>
<u>1600 PENNSYLVANIA AVE. N.W.</u>
<u>WASHINGTON D.C.</u>
<u>20530-0001</u>

IS EMPLOYED AS GOVERMENT AT WHITE HOUSE BLDG.

NAME OF SECOND DEFENDANT: JUDGE WILLIAM L. OSTEEN
PRESENT MAILING ADDRESS: P.O. BOX 2708
GREENSBORO N.C.
27402

IS EMPLOYED AS U.S. JUDGE AT N.C. MIDDLE DISTRICT

NAME OF THIRD DEFENDANT: STATE OF NORTH CAROLINA
P.O. BOX 629
RALEIGH N.C.
27602

IS EMPLOYED AS GOVERNMENT AT N.C. STATE CAPITOL BLDG.

NAME OF FOURTH DEFENDANT: MICHAEL T. W. BELL
P.O. BOX 8
BRUNSWICK N.C.
28424

IS EMPLOYED AS SUPERINTENDANT AT COLUMBUS CORREC-
TIONAL INSTITUTE

## V. STATEMENT OF CLAIM

Pro-se state habeous corpus petitioner was denied access to the courts in case Chavis vs. Bell no. 01-6443 when defendants number one and two failed to construe his poor language, unwinnable claim, 2254 petition as a colorable claim of a conviction obtained by use of irrelevant and inadmissible evidence, double jeopordy and ex-post facto clause violations.

Defendants number three and four conspired to deny petitioner access to the courts also in the above case by their failure to assist him in preparing his petition by providing assistance from person trained in law or access to a law library.

VI. RELIEF

ORDER VACATION OF PETITIONER'S 199 COUNTY SUPERIOR COURT CONVICTIONS OF FIRST AND SECOND DEGREE MURDER AND FELONY POSSESSION OF COCAINE AND REMAND CASE FOR A NEW FAIR TRIAL.

SIGNED THIS 13TH DAY OF FEBUARY 2007.

X _Herbert Chavez_
SIGNATURE OF PLAINTIFF

VERIFICATION:

PETITIONER SWEARS UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

FEBRUARY 13, 2007

X _Herbert Chavez_
SIGNATURE OF PLAINTIFF