FILED

MAY - 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07 0826

## IN FORMA PAUPERIS AFFIDAVIT

I, **HERBERT CHAVIS**, attest under penalty of perjury that I am the plaintiff in the above-entitled case; that I am a pauper and because of my poverty I am unable to pay the costs or to give security to prosecute this action.

I further attest under penalty of perjury that the responses which I have made to the questions and instructions below are true.

1. Are you presently employed?  Yes [ ]   No [X]
   a. If the answer is "Yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   _____

   b. If the answer is "No", state the date of last employment and the amount of the salary and wages per month which you received.

   **JULY 15, 1995 / 600 DOLLARS MONTHLY**

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?              Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ]   No [X]
   d. Gifts or inheritances?                             Yes [X]   No [ ]
   e. Any other sources?                                 Yes [ ]   No [X]

If the answer to any of the above is "Yes", describe each source of money and state the amount received from each during the past twelve months:

**GIFT OF $100 FROM MOTHER**

3. Do you own cash, or do you have money in a checking or savings account?
   (Include any funds in prison accounts.)            Yes [ ]   No [X]

If the answer is "Yes", state the total value of the items owned:

_____

2

4.  Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes [ ]    No [X]

If the answer is "Yes", describe the property and state its approximate value:

_____
_____
_____
_____

5.  Do you have any debts or loans outstanding?    Yes [X]    No [ ]

If the answer is "Yes", list to whom debts are owed, the amount of the debt, and the amount of any payments currently due:

BELL TELEPHONE $400
_____
_____
_____

6.  List the persons who are dependent upon you for support, state your relationship to those person, and indicate how much you contribute toward their support:

NONE.
_____
_____
_____

7.  Attach a CERTIFIED copy of your trust account statement for the past six (6) months.

I declare UNDER PENALTY OF PERJURY that the foregoing is true and correct.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

X _Herbert Chai_____
Plaintiff/Petitioner's signature
(Required as to each plaintiff/petitioner)